**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Brian Laabs, | Case No. 20-cv-01399-PAM-ECW |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** |
| Nor-Son, Inc., | |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to Rule26(c)(1) of the Federal Rules of Civil Procedure, Plaintiff Brian Laabs moves the Court for a protective order forbidding the discovery sought through Defendant Nor-Son, Inc.'s subpoenas issued to third party Doran Companies dated March 11, 2021. This motion is based on Plaintiff's moving papers, the pleadings on file, the arguments of counsel, and all files, records, and proceedings herein.

Dated: 3-19-2021

/s/ David H. Redden
Nicholas G. B. May, #287106
David H. Redden, #391496
Attorneys for Plaintiff Brian Laabs
**FABIAN MAY & ANDERSON, PLLP**
1625 Medical Arts Building
825 Nicollet Mall
Minneapolis, MN 55402
Telephone: (612) 353-3340
nmay@fmalawyers.com
dredden@fmalawyers.com